UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL GROSS,

    Plaintiff,

v.

ROADWAY EXPRESS, INC., and
MICHAEL R. ROMINES,

    Defendants.

Case No. 06-cv-470-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

Dated: December 20, 2007    By:s/Deborah Agans, Deputy Clerk


Approved:   <u>s/ J. Phil Gilbert</u>
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**